### ISAAC GUNBY, by his Guardian, SOTHEY CULLENY, v. JAMES O'NEAL.

Orphans' Court. Sussex. July 23, 1817.

*Ridgely's Notebook I, 102.*

---

[2] Manuscript reads "she."

THE CHANCELLOR. The Register in the allowance of $101.99 has gone beyond the sum sufficient to pay the expenses of boarding and clothing the minor while he was chargeable to James O'Neal. O'Neal ought to be allowed for the first year, but after that period the work and labor of the boy was a sufficient compensation. Let the sum of $101.99 be reduced to $50, and each party to pay his own costs.